Dustin C. HUGHES, Appellant,

v.

## CAPITAL REGION MEDICAL CENTER, Respondent.

### WD 79014

Missouri Court of Appeals, Western District.

ORDER FILED: September 6, 2016

Daniel C. Mizell, Lebanon, MO, Attorney for Appellant,

Edward C. Clausen and Kimberly J.Z. Hubbard, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, Presiding, and James Edward Welsh and Edward R. Ardini, Jr., Judges

### Order

Per Curiam:

Mr. Dustin C. Hughes appeals from the summary judgment granted by the Circuit Court of Cole County, Missouri, in favor of Capital Region Medical Center on his petition for damages for medical malpractice. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).